# EXHIBIT 1

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>THIRTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>HILLSBOROUGH</u>   COUNTY, FLORIDA

Case No.: _____
Judge: _____

<u>Jaime Robbins</u>
 Plaintiff
        vs.
<u>Sentinel Security Systems Inc, Westcoast Communication Services Inc, Thomas R Reinhart, Individually,</u>
<u>Imran Kamadia, Individually</u>
Defendant

**II.    TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure $0 - $50,000
    - ☐ Commercial foreclosure $50,001 - $249,999
    - ☐ Commercial foreclosure $250,000 or more
    - ☐ Homestead residential foreclosure $0 – 50,000
    - ☐ Homestead residential foreclosure $50,001 - $249,999
    - ☐ Homestead residential foreclosure $250,000 or more
    - ☐ Non-homestead residential foreclosure $0 - $50,000
    - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical
    - ☐ Malpractice – other professional
- ☒ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☒ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☐ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.    **REMEDIES SOUGHT** (check all that apply):
    ☒    Monetary;
    ☐    Non-monetary
    ☒    Non-monetary declaratory or injunctive relief;
    ☐    Punitive

IV.    **NUMBER OF CAUSES OF ACTION: (     )**
    (Specify)

    <u>1</u>

V.    **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐    Yes
    ☒    No

VI.    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒    No
    ☐    Yes – If "yes" list all related cases by name, case number and court:

    <u>None</u>

VII.    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒    Yes
    ☐    No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature <u>s/ Wolfgang M Florin</u>        FL Bar No.: <u>907804</u>
    Attorney or party                                      (Bar number, if attorney)

<u>Wolfgang M Florin</u>    <u>11/07/2016</u>
    (Type or print name)                              Date

## IN THE THIRTEENTH JUDICIAL CIRCUIT OF THE
## STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY

JAIME ROBBINS,

_____

CASE NO.:_____

_____

DIVISION:_____

Plaintiff/Petitioner(s)

vs.

SENTINEL SECURITY SYSTEMS, INC.,
WESTCOAST COMMUNICATION SERVICES, INC.,
THOMAS RYAN REINHART, Individually, and
IMRAN KAMADIA, Individually,
,

Defendants/Respondents

# REQUEST FOR DIVISION ASSIGNMENT

**This is a request based on local Administrative Order(s) for the Clerk of the Court to assign the above styled case in the:**

☒ **Tampa Division**

☐ **East Division**

☐ **Prior Division (Please indicate Case Number and Division of previously filed action: _____)**

**I understand that the actual division assignment will be in accordance with the Hillsborough County Administrative Orders.  If there is no supported request for specific division assignment, this action will be assigned a division based on a random and equitable distribution system.**

**Name of Attorney: Christopher D. Gray, Esq.** _____

**Address: 777 Alderman Road** _____

Palm Harbor, FL  34683

**Phone Number: 727 786-5000** _____

**Email Address(es): cdg@florinroebig.com and glw@florinroebig.com**

_____

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

JAIME ROBBINS,

      Plaintiff,

vs.                                                                              Case No.

SENTINEL SECURITY SYSTEMS, INC.,
a Florida corporation;
WESTCOAST COMMUNICATION
SERVICES, INC., a Florida corporation;
THOMAS RYAN REINHART, Individually;
and IMRAN KAMADIA, Individually.

      Defendants.
_____/

## COMPLAINT

**COMES NOW** Plaintiff, JAIME ROBBINS, by and through his undersigned counsel, pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.,* ("FLSA") and sues Defendants, SENTINEL SECURITY SYSTEMS, INC., a Florida corporation (hereinafter "SENTINEL"); WESTCOAST COMMUNICATIONS SERVICES, INC., a Florida corporation (hereinafter "WESTCOAST"); THOMAS RYAN REINHART, Individually (hereinafter "REINHART"); and IMRAN KAMADIA, Individually (hereinafter "KAMADIA"), and alleges as follows:

### JURISDICTION AND VENUE

1.     This is an action for damages which exceed Fifteen Thousand (15,000.00) Dollars, exclusive of costs and interest.

### PARTIES

2.     At all times material herein, Plaintiff, JAIME ROBBINS, was and is a resident of Hillsborough County, Florida.

3.     At all times material herein, Defendant, SENTINEL, was and is a Florida

corporation, authorized to and doing business in Hillsborough County, Florida.

4.      At all times material herein, Defendant, SENTINEL, was and is an employer as defined by the Act.

5.      At all times material herein, Defendant, WESTCOAST, was and is a Florida corporation, authorized to and doing business in Hillsborough County, Florida.

6.      At all times material herein, Defendant, WESTCOAST, was and is an employer as defined by the Act.

7.      At all times material herein, Defendant, REINHART, was an officer, director, manager, and/or owner of Defendant, SENTINEL, and Defendant, WESTCOAST, and had direct responsibility and control over the compensation paid to employees of the organization.

8.      At all times material herein, Defendant, KAMADIA, was an officer, director, manager, and/or owner of Defendant, SENTINEL, and Defendant, WESTCOAST, and had direct responsibility and control over the compensation paid to employees of the organization.

9.      At all times material herein, Defendants, SENTINEL and WESTCOAST, were joint employers and/or a common enterprise for the following, but not exclusive, reasons:

      a.      Defendants had a centralized management system;

      b.      Defendants had common ownership;

      c.      Defendants had common officers and directors; and

      d.      Plaintiff's paychecks were regularly and routinely from Sentinel even on those occasions when he was performing work under the name of "Westcoast."

## FACTUAL ALLEGATIONS

10.     Plaintiff, JAIME ROBBINS, was employed with Defendants, SENTINEL and WESTCOAST, from approximately August 14, 2015 to January 5, 2016.

11.     Plaintiff was hired as Operations Manager; however, he was also performing the duties of an Installation Technician.

12.     During all times material herein, Plaintiff earned approximately $720.00 per week.

13.     Approximately 30 days into Plaintiff's employment, Bill Cahill was hired to replace Plaintiff as Operations Manager while Plaintiff continued to perform technician duties.

14.     During his employment, Plaintiff typically worked approximately 60 to 100 hours each week.  Plaintiff was not compensated by Defendants one and one half times his regular rate of pay for hours worked over 40.

15.     Plaintiff has retained the undersigned counsel and has agreed to pay them a reasonable fee for their services.

## COUNT I
## FAIR LABOR STANDARDS ACT "FLSA" – OVERTIME VIOLATION

16.     Plaintiff realleges paragraphs one (1) through fifteen (15) as though set forth fully herein.

17.     The employment of JAIME ROBBINS provided for a 40 hour work week, but throughout his respective employment, Plaintiff was required to work and did work a substantial number of hours in excess of 40 hours per work week.

18.     At all times material herein, Defendants failed to comply with the FLSA, 29 U.S.C. § 201, *et seq.*, in that Plaintiff worked for Defendants in excess of the maximum hours provided by law, but no provision was made by Defendants to compensate Plaintiff at the rate of time and one-half his regular rate of pay for the hours worked over forty (40) in a work week.

19.     Defendants' failure to pay Plaintiff the required overtime pay was intentional and willful.

20.     As a direct and legal consequence of Defendants' unlawful acts, Plaintiff has suffered and continues to suffer damages, including, but not limited to, the following:

        a.      Unpaid overtime compensation;

        b.      Liquidated damages;

c.      Prejudgment interest;

d.      Equitable relief declaring and mandating the cessation of Defendants' unlawful pay policy;

e.      Attorney's fees and costs; and

f.      All other such relief that this Court deems just and equitable.

**WHEREFORE,** Plaintiff, JAIME ROBBINS, demands a trial by jury and a judgment against Defendants, SENTINEL SECURITY SYSTEMS, INC., WESTCOAST COMMUNICATION SERVICES, INC., THOMAS RYAN REINHART, and IMRAN KAMADIA, in an amount within the jurisdictional limits of this Court, to-wit: more than Fifteen Thousand ($15,000.00) Dollars, plus costs, interest, attorney's fees, and for such other and further relief to which Plaintiff may be justly entitled.

## DEMAND FOR JURY TRIAL

21.     Plaintiff requests a jury trial on all issues so triable.

**DATED:** November 7, 2016.

FLORIN ROEBIG, P.A.

*/s/ Christopher D. Gray*
**CHRISTOPHER D. GRAY, ESQUIRE**
Florida Bar No.: 902004
Primary:    cdg@florinroebig.com
Secondary:   glw@florinroebig.com
**WOLFGANG M. FLORIN, ESQUIRE**
Florida Bar No.: 907804
wmf@florinroebig.com
**ROBIN M. OROSZ, ESQUIRE**
Florida Bar No.: 724769
rorosz@florinroebig.com
777 Alderman Road
Palm Harbor, FL 34683
Telephone (727) 786-5000
Facsimile (727) 772-9833
Attorneys for Plaintiff

Filing # 48561146 E-Filed 11/07/2016 10:23:38 AM

## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL
## CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
## CIRCUIT CIVIL DIVISION

**JAMIE ROBBINS,**
_____

Plaintiff(s)

CASE NO.:_____

VS.

DIVISION:_____

SENTINEL SECURITY SYSTEMS, INC., WESTCOAST COMMUNICATION SERVICES, INC., THOMAS RYAN REINHART, individually a
_____

Defendant(s)

## REQUEST FOR ISSUANCE OF SUMMONS –CIRCUIT CIVIL

This is a request for issuance of service of process by the Clerk of court as follows:

**\*PLEASE NOTE THAT A SEPARATE REQUEST IS REQUIRED FOR EACH PARTY TO BE SERVED\***

---

**Type of Process:  (choose one)**

☑ **Initial Summons**      ☐ **Alias Summons**      ☐ **Pluries Summons**

---

**Type of summons:  (choose one)**

**Circuit Court Summons**

    **Indicate days to respond**   ☑ **20**   ☐ **30**   ☐ **45**   ☐ **60**      Other_____

**Non-Residential Eviction**

☐ **Mailing**      ☐ **No Mailing**

**Residential Eviction -  5 day only** ☐   **5 day with 20 day attached** ☐

☐ **Mailing**      ☐ **No Mailing**

---

| Party information: | Attorney/Plaintiff Information |
|---|---|
| **Party To Be Served:**<br><br>**Name:** Sentinel Security Systems Inc., c/o ln<br><br>**Address:** 4214 Harbor Lake Drive<br><br>**City/State/Zip:** Lutz, FL  33558 | **Name of Attorney or Plaintiff Contact:**<br><br>Christopher D. Gray, Esq.<br><br>**Address:** 777 Alderman Road<br><br>**City/State/Zip:** Palm Harbor, FL  34683 |
| | **Atty Phone Number:**<br>(    )  727 786-5000 |
| | **Email Address:**<br>cdg@florinroebig.com and glw@florinroebig.com |

Filing # 48561146 E-Filed 11/07/2016 10:23:38 AM

## IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL
## CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
## CIRCUIT CIVIL DIVISION

JAMIE ROBBINS,        CASE NO.:_____

Plaintiff(s)

VS.        DIVISION:_____

SENTINEL SECURITY SYSTEMS, INC., WESTCOAST COMMUNICATION SERVICES, INC., THOMAS RYAN REINHART, Individually a

Defendant(s)

### REQUEST FOR ISSUANCE OF SUMMONS –CIRCUIT CIVIL

**This is a request for issuance of service of process by the Clerk of court as follows:**

**\*PLEASE NOTE THAT A SEPARATE REQUEST IS REQUIRED FOR EACH PARTY TO BE SERVED\***

---

**Type of Process: (choose one)**

[✓] **Initial Summons**    ☐ **Alias Summons**    ☐ **Pluries Summons**

---

**Type of summons: (choose one)**

**Circuit Court Summons**

    Indicate days to respond   [✓] 20   ☐ 30   ☐ 45   ☐ 60    Other_____

**Non-Residential Eviction**

  ☐ Mailing    ☐ No Mailing

**Residential Eviction - 5 day only** ☐ **5 day with 20 day attached** ☐

  ☐ Mailing    ☐ No Mailing

---

| Party information: | Attorney/Plaintiff Information |
|---|---|
| **Party To Be Served:**<br><br>**Name:** Thomas Reinhart, Individually<br><br>**Address:** 1242 Rolling Stone Run<br><br>**City/State/Zip:** Odessa, FL  33556 | **Name of Attorney or Plaintiff Contact:**<br>**Christopher D. Gray, Esq.**<br><br>**Address:** 777 Alderman Road<br><br>**City/State/Zip:** Palm Harbor, FL  34683 |
| | **Atty Phone Number:**<br>(   )    **727 786-5000** |
| | **Email Address:**<br>cdg@florinroebig.com and glw@florinroebig.com |

Filing # 48561146 E-Filed 11/07/2016 10:23:38 AM

**IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL**
**CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY**
**CIRCUIT CIVIL DIVISION**

JAMIE ROBBINS,
_____
Plaintiff(s)

CASE NO.:_____

VS.

DIVISION:_____

SENTINEL SECURITY SYSTEMS, INC., WESTCOAST COMMUNICATION SERVICES, INC., THOMAS RYAN REINHART, Individually a
_____
Defendant(s)

### REQUEST FOR ISSUANCE OF SUMMONS –CIRCUIT CIVIL

**This is a request for issuance of service of process by the Clerk of court as follows:**

**\*PLEASE NOTE THAT A SEPARATE REQUEST IS REQUIRED FOR EACH PARTY TO BE SERVED\***

| Type of Process:  (choose one) | | |
| --- | --- | --- |
| ✔ **Initial Summons** | ☐ **Alias Summons** | ☐ **Pluries Summons** |

**Type of summons:**  (choose one)

**Circuit Court Summons**

      Indicate days to respond ☐✔ 20  ☐ 30  ☐ 45  ☐ 60  Other_____

**Non-Residential Eviction**

☐ Mailing  ☐ No Mailing

**Residential Eviction -  5 day only** ☐  **5 day with 20 day attached** ☐

☐ Mailing  ☐ No Mailing

| Party information: | Attorney/Plaintiff Information |
| --- | --- |
| **Party To Be Served:**<br><br>**Name:** Imran Kamadia, Individually<br><br>**Address:** 4214 Harbor Lake Drive<br><br>**City/State/Zip:** Lutz, FL  33558 | **Name of Attorney or Plaintiff Contact:**<br><br>Christopher D. Gray, Esq.<br><br>**Address:** 777 Alderman Road<br><br>**City/State/Zip:** Palm Harbor, FL  34683 |
| | **Atty Phone Number:**<br>(     )   727 786-5000 |
| | **Email Address:**<br>cdg@florinroebig.com and glw@florinroebig.com |

Filing # 48561146 E-Filed 11/07/2016 10:23:38 AM

### IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL
### CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY
### CIRCUIT CIVIL DIVISION

JAMIE ROBBINS, _____

Plaintiff(s)                         CASE NO.:_____

VS.                                  DIVISION:_____

SENTINEL SECURITY SYSTEMS, INC., WESTCOAST COMMUNICATION SERVICES, INC., THOMAS RYAN REINHART, Individually a

Defendant(s) _____

### REQUEST FOR ISSUANCE OF SUMMONS –CIRCUIT CIVIL

**This is a request for issuance of service of process by the Clerk of court as follows:**

**\*PLEASE NOTE THAT A SEPARATE REQUEST IS REQUIRED FOR EACH PARTY TO BE SERVED\***

| Type of Process:  (choose one) | | |
|---|---|---|
| ✓ **Initial Summons** | ☐ **Alias Summons** | ☐ **Pluries Summons** |

**Type of summons:  (choose one)**

**Circuit Court Summons**

Indicate days to respond  ✓ 20  ☐ 30  ☐ 45  ☐ 60   Other_____

**Non-Residential Eviction**

☐ Mailing   ☐ No Mailing

**Residential Eviction -  5 day only ☐   5 day with 20 day attached ☐**

☐ Mailing   ☐ No Mailing

| Party information: | Attorney/Plaintiff Information |
|---|---|
| **Party To Be Served:** | **Name of Attorney or Plaintiff Contact:** |
| **Name:** Westcoast Communication Services | **Christopher D. Gray, Esq.** |
| **Address:** 6702 Benjamin Road, Suite 600 | **Address:** 777 Alderman Road |
| **City/State/Zip:** Tampa, FL  33634 | **City/State/Zip:** Palm Harbor, FL  34683 |
|  | **Atty Phone Number:** ( )   **727 786-5000** |
|  | **Email Address:** cdg@florinroebig.com and glw@florinroebig.com |

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

**Jaime Robbins**
Plaintiff(s)
vs
**Imran Kamadia; Thomas R Reinhart; Sentinel**
**Security Systems Inc; Westcoast Communication**
**Services Inc**
Defendant(s)

Case No.: **16-CA-010296**

TIME: 10:25am
DATE: 11-15-16
SERVER:
ID #: CBS9269068

Division K

ROBERT L JONES INC.

## SUMMONS

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:

      **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant(s)

      **Westcoast Communication Services Inc**

      **c/o Imran Kamadia, as Registered Agent**
      **6702 Benjamin Road Suite 600**
      **Tampa FL  33634**

      Each defendant is required to serve written defenses to the complaint or petition on CHRISTOPHER D GRAY, Esquire, plaintiff's attorney, whose address is **FLORIN ROEBIG PA  777 ALDERMAN RD  PALM HARBOR FL  34683** within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.
**DATED** on November 7, 2016.
Attorney: CHRISTOPHER D GRAY, Esquire
Attorney For: Jaime Robbins
Address: FLORIN ROEBIG PA
777 ALDERMAN RD
PALM HARBOR FL  34683

Florida Bar No: 902004

**PAT FRANK**
  As Clerk of the Court

*Dana Caranante*

Dana Caranante, Deputy Clerk
Prepared By:Veronica Phillips, Deputy Clerk
P.O. Box 3360      800 E Twiggs St
Tampa, FL 33601    Room 101
                    Tampa FL 33602
(813)276-8100 extension 4365

[1] Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at**

**least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Florida Rules of Civil Procedure Form 1.902(a), Summons (06/10)

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

**Jaime Robbins**
Plaintiff(s)
vs
**Imran Kamadia; Thomas R Reinhart; Sentinel
Security Systems Inc; Westcoast Communication
Services Inc**
Defendant(s)

Case No.: **16-CA-010296**

TIME: _10:25am_
DATE: _11-15-16_
SERVER: _____
ID #: _0593690568_
ROBERT L JONES INC.

Division K

**SUMMONS**

**THE STATE OF FLORIDA:**
To Each Sheriff of the State:
    **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action on defendant(s)

**Thomas R Reinhart, Individually**

**1242 Rolling Stone Drive**
**Odessa FL  33556**

    Each defendant is required to serve written defenses to the complaint or petition on CHRISTOPHER D GRAY, Esquire, plaintiff's attorney, whose address is **FLORIN ROEBIG PA  777 ALDERMAN RD  PALM HARBOR FL  34683** within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.
**DATED** on November 7, 2016.
Attorney: CHRISTOPHER D GRAY, Esquire
Attorney For: Jaime Robbins
Address: FLORIN ROEBIG PA
777 ALDERMAN RD
PALM HARBOR FL  34683

Florida Bar No: 902004

**PAT FRANK**
As Clerk of the Court

_Dana Caranante_

Dana Caranante, Deputy Clerk
Prepared By: Veronica Phillips, Deputy Clerk
P.O. Box 3360        800 E Twiggs St
Tampa, FL 33601     Room 101
                              Tampa FL 33602
(813)276-8100 extension 4365

[1] Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be inserted is 30 days.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Hillsborough County Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at least 7 days before your scheduled court appearance, or immediately upon receiving**

**this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Florida Rules of Civil Procedure Form 1.902(a), Summons (06/10)

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

**Jaime Robbins**                                    Case No.: **16-CA-010296**
Plaintiff(s)
vs

**Imran Kamadia; Thomas R Reinhart; Sentinel**
**Security Systems Inc; Westcoast Communication**
**Services Inc**                                     Division K
Defendant(s)

TIME: _8 00 pm_
DATE: _11-5-16_
SERVER: _____
ID #: _C55360568_
ROBERT L JONES INC.

**SUMMONS**

**THE STATE OF FLORIDA:**
To Each Sheriff of the State:
          **YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this
action on defendant(s)

                    **Sentinel Security Systems Inc**

                    **c/o Imran Kamadia, as Registered Agent**
                    **4214 Harbor Lake Drive**
                    **Lutz FL  33558**

          Each defendant is required to serve written defenses to the complaint or petition on CHRISTOPHER D GRAY,
Esquire, plaintiff's attorney, whose address is **FLORIN ROEBIG PA  777 ALDERMAN RD  PALM HARBOR**
**FL  34683** within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and
to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or
immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief
demanded in the complaint or petition.
**DATED** on November 7, 2016.
Attorney: CHRISTOPHER D GRAY, Esquire          **PAT FRANK**
Attorney For: Jaime Robbins                     As Clerk of the Court
Address: FLORIN ROEBIG PA
777 ALDERMAN RD
PALM HARBOR FL  34683                           _Dana Caranante_

Florida Bar No: 902004                          Dana Caranante, Deputy Clerk
                                                Prepared By: Veronica Phillips, Deputy Clerk
                                                P.O. Box 3360          800 E Twiggs St
                                                Tampa, FL 33601        Room 101
                                                                       Tampa FL 33602
                                                (813)276-8100 extension 4365

[1] Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its
agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be
inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be
inserted is 30 days.
**If you are a person with a disability who needs any accommodation in order to**
**participate in this proceeding, you are entitled, at no cost to you, to the provision of**
**certain assistance. Please contact the ADA Coordinator, Hillsborough County**
**Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at**

**least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Florida Rules of Civil Procedure Form 1.902(a), Summons (06/10)

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT,
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIRCUIT CIVIL DIVISION

**Jaime Robbins**                                    Case No.: **16-CA-010296**
Plaintiff(s)
vs

TIME: 8:30pm
DATE: 11-15-16
SERVER:
ID #: 0513610540

**Imran Kamadia; Thomas R Reinhart; Sentinel
Security Systems Inc; Westcoast Communication
Services Inc**                                       Division K
Defendant(s)

ROBERT L JONES INC.

**SUMMONS**

**THE STATE OF FLORIDA**:
To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this
action on defendant(s)

**Imran Kamadia, Individually**

**4214 Harbor Lake Drive
Lutz FL  33558**

Each defendant is required to serve written defenses to the complaint or petition on **CHRISTOPHER D GRAY,
Esquire,** plaintiff's attorney, whose address is **FLORIN ROEBIG PA  777 ALDERMAN RD  PALM HARBOR
FL  34683** within 20[1] days after service of this summons on that defendant, exclusive of the day of service, and
to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or
immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief
demanded in the complaint or petition.

**DATED** on November 7, 2016.

Attorney: CHRISTOPHER D GRAY, Esquire          **PAT FRANK**
Attorney For: Jaime Robbins                    As Clerk of the Court
Address: FLORIN ROEBIG PA
777 ALDERMAN RD                                *Dana Caranante*
PALM HARBOR FL  34683
                                               Dana Caranante, Deputy Clerk
Florida Bar No: 902004                         Prepared By:Veronica Phillips, Deputy Clerk
                                               P.O. Box 3360            800 E Twiggs St
                                               Tampa, FL 33601          Room 101
                                                                        Tampa FL 33602
                                               (813)276-8100 extension 4365

[1] Except when suit is brought pursuant to section 768.28, Florida Statutes, if the State of Florida, one of its
agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be
inserted as to it is 40 days. When suit is brought pursuant to section 768.28, Florida Statutes, the time to be
inserted is 30 days.

**If you are a person with a disability who needs any accommodation in order to
participate in this proceeding, you are entitled, at no cost to you, to the provision of
certain assistance. Please contact the ADA Coordinator, Hillsborough County
Courthouse, 800 E. Twiggs St., Room 604, Tampa, Florida 33602, (813) 272-7040, at
least 7 days before your scheduled court appearance, or immediately upon receiving**

**this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Florida Rules of Civil Procedure Form 1.902(a), Summons (06/10)

IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named in the documents.

IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

# EXHIBIT 2

IN THE CIRCUIT COURT IN AND FOR THE SIXTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, STATE OF FLORIDA
CIVIL DIVISION

JAIME ROBBINS,

                Plaintiff,

v.                                                                Case No. 16-CA-010296

SENTINEL SECURITY SYSTEMS, INC., a
Florida corporation; WESTCOAST
COMMUNICATION SERVICES, INC.; a
Florida corporation; THOMAS RYAN
REINHART, individually; and IMRAN
KAMDIA, individually,

                Defendants.

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendants, SENTINEL SECURITY SYSTEMS, INC.,

WESTCOAST COMMUNICATION SERVICES, INC., THOMAS RYAN REINHART, and

IMRAN KAMDIA, on the 5th day of December, 2016, filed in the United States District Court for

the Middle District of Florida, a Notice of Removal in this proceeding, entitled *Jaime Robbins v.*

*Sentinel Security Systems, Inc., Westcoast Communication Services, Inc., Thomas Ryan Reinhart,*

*and Imran Kamdia,* Case No. 16-CA-010296, which is presently pending in the Circuit Court of

the Sixth Judicial Circuit in and for Hillsborough County, Florida.

As required by 28 U.S.C. § 1446(d), this Court is requested to take no further action and to

stay all proceedings unless and until further order is forthcoming from the United States District

Court for the Middle District of Florida, Tampa Division, remanding this action to the state court.

Attached hereto as Exhibit A is a copy of the Notice of Removal filed with the United

States District Court for the Middle District of Florida, Tampa Division, by and on behalf of

Defendants.

**ALLEN NORTON & BLUE, P.A.**
PROFESSIONAL ASSOCIATION

Dated this 5th day of December, 2016.          Respectfully submitted,

s/ Nicolette L. Bidarian

DAVID J. STEFANY
Florida Bar No. 0438995

NICOLETTE L. BIDARIAN
Florida Bar No. 83795
Counsel for Defendants

**ALLEN NORTON & BLUE, P.A.**
Hyde Park Plaza - Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606-4127
(813) 251-1210 | (813) 253-2006 – Fax
Primary:    dstefany@anblaw.com
               nbidarian@anblaw.com
Secondary: tcarnevalini@anblaw.com
               amcclanahan@anblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of December, 2016, a true and correct copy of

the foregoing was electronically filed using the Florida Courts E-Filing Portal, which will send a

notice of electronic filing to Wolfgang M. Florin, Christopher D. Gray and Robin M. Orosz,

Florin Roebig, P.A., 777 Alderman Road, Palm Harbor, FL 34683 *[Primary:*

WMF@florinroebig.com, CDG@florinroebig.com, rorosz@florinroebig.com. *and Secondary:*

*glw@florinroebig.com].*

s/ Nicolette L. Bidarian

ATTORNEY

ALLEN NORTON & BLUE, P.A.
PROFESSIONAL ASSOCIATION

SPDN-868764429-1989072